**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 31 Beech EO Proud LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 87-3849475 |
| 4. | Debtor's address | **Principal place of business**<br><br>31 Beech Street<br>East Orange, NJ 07018<br>Number, Street, City, State & ZIP Code<br><br>Essex<br>County | **Mailing address, if different from principal place of business**<br><br>80 West Century Road<br>Paramus, NJ 07652<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **31 Beech EO Proud LLC**  Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

Debtor  **31 Beech EO Proud LLC**                                              Case number (*if known*)
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____        Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**   *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ☐ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor  **31 Beech EO Proud LLC**  Case number (*if known*) _____
      Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **31 Beech EO Proud LLC**
Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11 2024**
MM / DD / YYYY

X _/s/_
Signature of authorized representative of debtor

**Thomas J. Caleca**
Printed name

Title  **Manager**

**18. Signature of attorney**

X _/s/ Douglas J. McGill_
Signature of attorney for debtor

Date  **June 11 2024**
MM / DD / YYYY

**Douglas J. McGill, Esq.**
Printed name

**Webber McGill LLC**
Firm name

**100 E. Hanover Avenue
Suite 401
Cedar Knolls, NJ 07927**
Number, Street, City, State & ZIP Code

Contact phone  **(973) 739-9559**   Email address  **dmcgill@webbermcgill.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name: **31 Beech EO Proud LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 11 2024**     X _____
                                Signature of individual signing on behalf of debtor

**Thomas J. Caleca**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: 31 Beech EO Proud LLC
United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank Direct Capital Finance<br>PO Box 660448<br>Dallas, TX 75266 | | | | | | $6,008.08 |
| City of East Orange Tax Collection & Licensing<br>44 City Hall Plaza<br>City Hall<br>East Orange, NJ 07018 | | | | | | $0.00 |
| East Orange Water Commission<br>PO Box 829793<br>Philadelphia, PA 19182-9793 | | | | | | $7,764.59 |
| PL Companies<br>80 West Century Road<br>Paramus, NJ 07652 | | | | | | $3,640.00 |
| PL Companies<br>80 West Century Road<br>Paramus, NJ 07652 | | | | | | $406.87 |
| ProudLiving Construction LLC<br>80 West Century Road, Suite 101<br>Paramus, NJ 07652 | | | | | | $126,919.81 |
| ProudLiving Realty LLC<br>80 West Century Road<br>Paramus, NJ 07652 | | | | | | $16,049.00 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-0444 | | | | | | $2,486.49 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **31 Beech EO Proud LLC**  
_____Name_____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sobel Han & Cannon, LLP 365 W. Passaic Street Suite 270 Rochelle Park, NJ 07662 | | | | | | $337.00 |

**United States Bankruptcy Court**
District of New Jersey

In re: __31 Beech EO Proud LLC__
Debtor(s)

Case No.: _____
Chapter: __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 11 2024__

_____
Thomas J. Caleca/Manager
Signer/Title

Bank Direct Capital Finance
PO Box 660448
Dallas, TX 75266

City of East Orange
Tax Collection & Licensing
44 City Hall Plaza
City Hall
East Orange, NJ 07018

East Orange Water Commission
PO Box 829793
Philadelphia, PA 19182-9793

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Loan Funder LLC, Series 33256
645 Madison Avenue
19th Floor
New York, NY 10022

New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695

PL AW Funding II, LLC
40 Morris Avenue
Suite 230
Bryn Mawr, PA 19010

PL Companies
80 West Century Road
Paramus, NJ 07652

ProudLiving Construction LLC
80 West Century Road, Suite 101
Paramus, NJ 07652

ProudLiving Realty LLC
80 West Century Road
Paramus, NJ 07652

PSE&G
PO Box 14444
New Brunswick, NJ 08906-0444


Sarah A. Elia, Esq.
Weber Gallagher Simpson, et al.
2000 Market Street, 13th Floor
Philadelphia, PA 19103


Scott Klein, Esq.
Fleck Eckert Klein McGarry LLC
158 W. Gay Street
West Chester, PA 19380


Sobel Han & Cannon, LLP
365 W. Passaic Street
Suite 270
Rochelle Park, NJ 07662


Thomas Caleca
110 Upper Saddle River Road
Montvale, NJ 07645

## United States Bankruptcy Court
### District of New Jersey

In re: **31 Beech EO Proud LLC**, Debtor(s)

Case No.: _____
Chapter: **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **31 Beech EO Proud LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 11, 2024**
Date

*/s/ Douglas J. McGill*
Douglas J. McGill, Esq.
Signature of Attorney or Litigant
Counsel for **31 Beech EO Proud LLC**
Webber McGill LLC
100 E. Hanover Avenue
Suite 401
Cedar Knolls, NJ 07927
(973) 739-9559 Fax:(973) 739-9575
dmcgill@webbermcgill.com